339 A.2d 762
**Nell A. KOPLOVITZ, Appellant,**
**v.**
**CHISUK EMUNA CEMETERY, Appellee.**

Supreme Court of Pennsylvania.
Argued May 5, 1975.
Decided July 7, 1975.

Archie V. Diveglia, Harrisburg, for appellant.

Arthur L. Goldberg, Harrisburg, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY and NIX, JJ.

### ORDER OF THE COURT

PER CURIAM.

Decree affirmed. Each side to pay own costs.

MANDERINO, J., took no part in the consideration or decision of this case.